RECEIVED
MAR 21 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By _/s/_ Deputy

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### TRANSCRIPT ORDER FORM

ORDER No. _____
CHAPTER **13**
APPEAL? ☒ Yes ☐ No
APPEAL No. **CC-14-1075** (if known)

(File this form on the related case docket)
Ordering Party's Name: **Marshall Sanders**    Attorney Bar# **n/a**
Law Firm: **N/A**
Mailing Address: **1621 Kensing Lane**
**Santa Ana, CA 92705-3074**
Person to Contact: **Marshall Sanders**
Telephone: **(714) 665-80__**   E-mail: **marshallssanders@yahoo.com**
Bankruptcy Case #: **8:13-bk-19704-TCA**  Adversary Proceeding #/MP #: **N/A**
Date of Hearing (complete a SEPARATE form for EACH hearing date): **2/19/14**  Time: **1:30 P.M.**
Debtor: **Lydia Ong Sanders**
Adversary Proceeding Name: **N/A** vs. _____
Hearing Judge: SELECT **Theodor C. Albert**  Courtroom #: SELECT **5B**
TRANSCRIBER: SELECT **Briggs**    ALTERNATE: SELECT **Echo**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**  NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)       ☒ Entire Hearing
☐ 14 Days                  ☒ Ruling/Opinion of Judge only
☐ Expedited (7 days)       ☒ Testimony of Witness **Marshall Sanders**
☐ Daily (24 hours)         ☒ Other*                    (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT
☐ **Judge Ordered Transcript**: Clerk must docket this form; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### NOTE TO TRANSCRIBER
**Judge ordered transcripts:** Contact Procurement (213) 894-3836 with price quote **prior** to commencement of work.

*Rev. Nov. 25, 2013. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California*